IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY VALDEZ,

    Plaintiff,

v.                                                No. 1:08-CV-00807-MV-GBW

ALBUQUERQUE PUBLIC SCHOOLS

    Defendant.

### ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE DISCOVERY MOTIONS

**THIS MATTER** is before the Court on the parties' Joint Motion to Extend Deadline to File Motions Related to Discovery (*Doc. 37*) until July 1, 2009. The Court will grant the parties' request to extend the deadline for motions related to discovery, but this extension does not affect any of the other previously set case management deadlines. All other deadlines in *Doc. 33* are to remain in place.

_____
UNITED STATES MAGISTRATE JUDGE